**No. 10-6022. Cedric Greene, Petitioner v. Lee's Maintenance Services, et al.**

562 U.S. 1253, 131 S. Ct. 1564, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1092.

February 22, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 970, 131 S. Ct. 477, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8079.

**No. 10-6231. Suleiman A. Qazza, Petitioner v. A. P. Kane, Warden.**

562 U.S. 1253, 131 S. Ct. 1564, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1104.

February 22, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8579.

**No. 10-6490. Cedric Greene, Petitioner v. Kelly Services, Inc.**

562 U.S. 1254, 131 S. Ct. 1564, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1094.

February 22, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8793.

**No. 10-6915. Cedric Greene, Petitioner v. California State Prison, et al.**

562 U.S. 1254, 131 S. Ct. 1565, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1101.

February 22, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1113, 131 S. Ct. 828, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9815.

**No. D-2495. In the Matter of Disbarment of Steven M. Woghin.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1091.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7585.

**No. D-2496. In the Matter of Disbarment of Daniel S. Orci, Jr.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1096.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7533.

**No. D-2497. In the Matter of Disbarment of Jaffa F. Stein.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1103.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7636.